## BARNABAS DICKENSON *versus* THOMAS KNOXON.

JOURNAL ENTRIES (1825–26): *Journal 4:* (1) Appearance; rule to plead, answer, or demur; continued *p. 75; (2) bill taken as confessed, referred to master *p. 106; (3) decree *p. 120.
PAPERS IN FILE: (1) Bill of complaint; (2) precipe for writ of subpoena; (3) writ of subpoena; (4) bond for costs; (5) motion for pro confesso and for reference to master; (6) master's report of amount due; (7) draft of decree.
*Chancery Case 65 of 1825.*

## JOSEPH DAZET *versus* JAMES MAY, ADMINISTRATOR, ETC., OF FRANÇOIS P. MALCHER, PETER P. FERRY, AND ALEXANDER D. FRASER.

JOURNAL ENTRIES (1825–30): *Journal 4:* (1) Motion to dissolve injunction, continued *p. 75; (2) motion to dissolve injunction *p. 174; (3) submitted on motion to dissolve *p. 216; (4) injunction dissolved *p. 219; (5) motion to take testimony before master *p. 258; (6) death suggested *p. 275; (7) abated *p. 366.
PAPERS IN FILE: (1) Precipe for writ of injunction; (2) recognizance for injunction; (3) appearance of solicitor for defendants; (4) motion to dissolve injunction; (5) transcript from docket of Isaac Lee, J. P.; (6) extract from letter—Joseph Dazet to James May; (7) motion to take testimony before master; (8) fi. fa. for costs.
*Chancery Case 67 of 1825.*